No. 420.   JACOBSON v. MALANDRA.   C. A. 3d Cir.   Certiorari denied.   *Sam Weiss* for petitioner.   *Walter S. Anderson* for respondent.

No. 421.   SCULLY v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Herman L. Falk* and *Edward Friedman* for petitioner.   *Solicitor General Soboloff* for the United States.

No. 423.   CHINBURG, DOING BUSINESS AS FREMONT PLUMBING SHOP, ET AL. v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *A. G. McClintock* for petitioners.   *Solicitor General Soboloff, Assistant Attorney General Morton, Roger P. Marquis* and *Fred W. Smith* for the United States.

No. 424.   ALLEN v. OHIO.   Supreme Court of Ohio. Certiorari denied.   *George R. Hargreaves* for petitioner.

No. 294.   SAMISH v. UNITED STATES, *ante,* p. 848. Rehearing denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 88.   NEWMAN v. UNITED STATES, *ante,* p. 824;

No. 122.   GLEESON ET UX. v. CARR, TRUSTEE IN BANKRUPTCY, *ante,* p. 827;

No. 180.   MASTERCRAFTERS CLOCK & RADIO CO. v. VACHERON & CONSTANTIN-LE COULTRE WATCHES, INC. ET AL., *ante,* p. 832;

No. 189.   PIERCE v. HEWLETT-PACKARD CO. ET AL., *ante,* p. 833; and

No. 295.   PIERCE v. AMERICAN COMMUNICATIONS CO., INC., *ante,* p. 844.   Petitions for rehearing denied.